# Court of Appeals
# of the State of Georgia

ATLANTA,   May 01, 2012   

*The Court of Appeals hereby passes the following order:*

**A12A1600.  VERLIN SPIVEY v. THE STATE.**

In August 2007, Verlin Spivey pled guilty to numerous crimes, including child molestation.  On September 26, 2007, Spivey filed a motion to withdraw his plea.  Before the trial court ruled, however, Spivey filed a notice of appeal on July 13, 2010.  Because the motion to withdraw the guilty plea was filed outside the term of court, the trial court dismissed the motion on September 2, 2010.  On October 22, 2010, the court entered an order dismissing Spivey's July 13 notice of appeal.  Spivey filed a second notice of appeal on January 18, 2011.[1]

It is unclear from Spivey's notice of appeal what order he intends to appeal.[2] Regardless of what order Spivey seeks to appeal, we lack jurisdiction.  A notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Spivey did not file his  notice of appeal within 30 days of any order, his appeal is DISMISSED for lack of jurisdiction.

---

[1] Spivey appealed to the Supreme Court, which transferred the appeal to this Court.

[2] The only date Spivey lists in the notice is July 13, 2010, which is the date he filed his first notice of appeal.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* 05/01/2012

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*